714

44 So.2d 923

**J. Lewis SMITH v. STATE.**

**7 Div. 29.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Calhoun County; W. D. DeBardelaben, Judge.

Transporting prohibited liquor.

Merrill, Merrill & Vardaman, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 39

**John Curtis SMITH v. STATE.**

**5 Div. 301.**

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Possessing still.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 39

**Elijah SMITHERMAN v. STATE.**

**5 Div. 300.**

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

46 So.2d 866

**Henry SNEED v. CITY OF TUSCALOOSA.**

**6 Div. 932.**

Court of Appeals of Alabama.
April 20, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Violating prohibition law.

PER CURIAM.

Appeal dismissed, want of prosecution.

44 So.2d 39

**Albert Louis SNIDER v. STATE.**

**6 Div. 848.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 39

**Albert Louis SNIDER v. STATE.**

**6 Div. 899.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Jefferson County; Gardner Goodwyn, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.